**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER D. BELL, | : | |
| *Plaintiff*, | : | Case No. 1:26-cv-00021 |
| vs. | : | Judge Jeffery P. Hopkins |
| JOHN DOE HOOVER, *et al.*, | : | |
| *Defendants*. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Order and Report and Recommendation (Doc. 16) issued by Magistrate Judge Caroline H. Gentry on July 13, 2026. The Magistrate Judge *sua sponte* reviewed the docket in this case, including Plaintiff Christopher D. Bell's ("Plaintiff") unsigned Complaint (Compl., Doc. 1) and other relevant filings. Upon her review, the Magistrate Judge granted Plaintiff one "final opportunity" to file a valid complaint in this case and also recommended that the Court: (1) strike Plaintiff's unsigned, proposed Complaint (Compl., Doc. 1); (2) deny Plaintiff's motion for injunctive relief without prejudice (Doc. 2) based upon Plaintiff's failure to file a valid Complaint; and (3) deny Plaintiff's motion to stay and overrule his objections as moot (Doc. 11). *See* Doc. 16. No objections to the Order and Report and Recommendation (Doc. 16) have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983

amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court (1) **STRIKES** Plaintiff's unsigned proposed Complaint (Compl., Doc. 1); (2) **DENIES** Plaintiff's motion for injunctive relief (Doc. 2) **WITHOUT PREJUDICE**; and (3) **DENIES** the motion to stay and **OVERRULES** Plaintiff's objections as **MOOT** (Doc. 11).

**IT IS SO ORDERED.**

July 30, 2026

Jeffery P. Hopkins
United States District Judge